FILED: April 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1350
(5:18-cv-01082)

---

EMPLOYERS' INNOVATIVE NETWORK, LLC; JEFF MULLINS

Plaintiffs - Appellants

v.

BRIDGEPORT BENEFITS, INC., a foreign corporation; CAPITAL SECURITY, LTD., a foreign corporation; UNIVERSAL RISK INTERMEDIARIES, INC., a foreign corporation; VOLUNTARY BENEFIT SPECIALISTS, LLC, a foreign limited liability company; STEPHEN SALINAS, individually; WAYNE BLASMAN, individually; JEANA NORDSTROM, individually; CASEY BLASMAN, individually

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Beckley |
| Originating Case Number | 5:18-cv-01082 |
| Date notice of appeal filed in originating court: | 04/16/2024 |
| Appellants | Employers' Innovative Network, LLC, Jeff Mullins |
| Appellate Case Number | 24-1350 |

| | |
|---|---|
| Case Manager | Anisha Walker<br>804-916-2704 |